To whom it may concern,

I would like to reinstate my case #16-04899. Here goes my pay stubs once again. Please fwd any mail to 922 E Taylor St Phx Az 85006

Tiffany Clark

**FILED**

JUN 0 2 2016

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA